UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | | |
|---|---|---|
| HYPEFORTYPE, LTD., | : | |
| | : | |
| Plaintiff, | : | Case No. 1:17-CV-2885 (NG) (ST) |
| | : | |
| v. | : | **THIRD STIPULATED REQUEST TO** |
| | : | **EXTEND TIME TO RESPOND TO** |
| ESPN, INC., and LAKESHIRTS, INC., d/b/a | : | **FIRST AMENDED COMPLAINT** |
| BLUE EIGHTY-FOUR a/k/a BLUE 84, | : | **AND PROPOSED ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

-----------------------------------------------------------X

    The undersigned does, by this document, state that Counsel for Plaintiff and Defendants have conferred, reached an agreement in principle and have drafted documents but find that additional time is necessary to finalize the orderly resolution of this matter.

    Accordingly, Counsel for the Parties each hereby respectfully request the time for Defendants ESPN and Lakeshirts to answer or otherwise respond to the First Amended Complaint be extended up to and including October 31, 2017 or until such other time as the court may order. This is the Third Request for an extension of time.

Dated: October 17, 2017
       New York, New York

                                            **THE MARTINEZ GROUP PLLC**

                                            By:  /Frank J. Martinez/
                                            Frank J. Martinez
                                            55 Poplar Street, Suite 1-D
SO ORDERED:                           Brooklyn, New York 11201
                                            Tel: (718) 797-2341
October _____, 2017                *Counsel for Plaintiff HypeforType, Ltd.*

_____
Hon. Nina Gershon, U.S.D.J.

{00027739 v.1}

## AFFIDAVIT OF SERVICE

I hereby certify that a true copy of the foregoing document, Third Stipulated Request for Extension of Time to Respond to First Amended Complaint and Proposed Order was served on October 17, 2017, by electronic mail only to:

Jeremy S. Goldman
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel: (212) 980-0120
jgoldman@fkks.com
*Counsel for Defendant ESPN, Inc.*

Thomas F. Hutchinson
Eastlund, Solstad, Cade, Hutchinson & Ysebaert Ltd.
4200 County Road 42 West
Savage, Minnesota 55378-4048
Tel: (952) 894-6400
thutchinson@eschylaw.com
*Counsel for Defendant Lakeshirts, Inc.*

Date: <u>October 17, 2017</u>  By:   <u>/Frank J. Martinez/</u>
                                        Frank J. Martinez